APRIL 19, 1803.

# Joseph Ballenger *v.* John Crozier.

*Upon a writ of error to reverse a judgment of the Danville District Court.*

1. In a judgment for a debt an error of ten pence is too inconsiderable to be made the ground of a reversal.

2. Where a sheriff, in taking a replevin bond, charges full, when he is entitled to only half commission, the bond will not be quashed, but the plaintiff, upon entering credit for the excess, will be allowed to issue execution on the bond for the balance.

The first error asigned, being for a sum so small, only ten pence, it is too trifling to be regarded by the court, more especially as the sum for which the judgment is entered, is really and *bona fide* the sum due by the writing on which the suit was founded, and therefore no injury is produced to the plaintiff in error.

The second error assigned, does not exist.

It appears from calculation that the sheriff has charged full, when by law he was entitled to half commission only, for which excess the replevin bond is to be corrected agreeably to the decisions in the cases of *Turley* against *Owings & Co. et al.* Therefore, it is considered by the court that the cause be remanded to the circuit court holden for the counties of Lincoln and Knox, and upon the plaintiff in the inferior court indorsing a credit for £1 14 8½, the excess in the commission, also for the amount of costs incurred by the plaintiff in this court, he may proceed to issue execution on the said replevy bond, which is ordered to be certified to the said court.